AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

UNITED STATES OF AMERICA

V.

MITCHELL GILES
306 East Magnolia Avenue
Plainsman Apartments, Apt. 213
Auburn, AL

To: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

Case Number:   2:06cr016-A

YOU ARE HEREBY COMMANDED to arrest __MITCHELL GILES__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| X Indictment | ☐ Information | ☐ Complaint | ☐ Order of court | ☐ Probation Violation Petition | ☐ Supervised Release Violation Petition | ☐ Violation Notice |

charging him or her with   (brief description of offense)

FALSE DECLARATIONS BEFORE GRAND JURY/COURT (1 Count)

in violation of Title __18__ United States Code, Section(s) __1623__

__DEBRA P. HACKETT__
Name of Issuing Officer

__CLERK__
Title of Issuing Officer

_/s/ Joyce Taylor_
Signature of Issuing Officer

January 23, 2006 - Montgomery, AL
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |