IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:06-cr-016-A |
| | ) | |
| MITCHELL GILES | ) | |

### UNOPPOSED DEFENDANT'S MOTION TO EXTEND MOTIONS DEADLINE

**COMES NOW** the defendant, **MITCHELL GILES**, by undersigned counsel, and respectfully moves to extend the Motions filing Deadline in this matter. Defense counsel's investigation is not yet complete; there are some discovery matters which counsel have agreed to discuss; and this case is not scheduled for trial until June 26, 2006. Opposing counsel does not oppose this motion.

WHEREFORE, defendant respectfully requests that this Motion be granted.

Respectfully submitted,

s/Christine A. Freeman
CHRISTINE A. FREEMAN
TN BAR NO.: 11892
Attorney for Mr. Giles
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CASE NO: 2:06-cr-016-A** |
| ) | |
| **MITCHELL GILES** ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: K. David Cooke, Jr., Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

    **s/Christine A. Freeman**
    **CHRISTINE A. FREEMAN**
    **TN BAR NO.: 11892**
    Attorney for Mr. Giles
    Federal Defenders
    Middle District of Alabama
    201 Monroe Street , Suite 407
    Montgomery, AL 36104
    TEL: (334) 834-2099
    FAX: (334) 834-0353
    E-Mail: Christine_Freeman@fd.org