**COURTROOM DEPUTY'S MINUTES**              **DATE: February 27, 2006**

**MIDDLE DISTRICT OF ALABAMA**              **Digital Recording: 3:38 - 3:40**

<u>**PRETRIAL CONFERENCE**</u>

**PRESIDING MAG. JUDGE. Susan Russ Walker**         **DEPUTY CLERK: Joyce Taylor**

**CASE NUMBER:  2:06cr016-WHA**         **DEFENDANT(S)  Mitchell Giles**

---

|                    | <u>APPEARANCES</u> |                    |
|--------------------|:------------------:|--------------------|
| **GOVERNMENT**     |         *          | **DEFENDANT**      |
| David Cooke        |         *          | **Kevin Butler standing in for Christine Freeman** |
|                    |         *          |                    |
|                    |         *          |                    |
|                    |         *          |                    |

❏ **DISCOVERY STATUS:**
     **Not completed – Ms. Freeman has requested additional information due by 3/7/06**

❏ **PENDING MOTION STATUS:**

❏ **PLEA STATUS:**
     **No plea discussions until review of all discovery**
     **Notice of intent to change plea to be filed no later than noon on June 14, 2006**

❏ **TRIAL STATUS**
     **Trial time – 1-2 days**

❏ **REMARKS:**