| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** June 2, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 3:09 - 3:11 |

## PRETRIAL CONFERENCE

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Susan Russ Walker | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:** 2:06cr16-WHA | **DEFENDANT(S)** Mitchell Giles |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| David Cooke | * | Christine Freeman |

❏ **DISCOVERY STATUS:**
   Completed
   Ms. Freeman states that superseding indictment filed and there may be more discovery related to additional charges.  Mr. Cooke states he will check with Todd Brown.  Court directs Government to file any additional discovery on or before close of business on 6/7/06

❏ **PENDING MOTION STATUS:**

❏ **PLEA STATUS:**
   Notice of intent to change plea to be filed no later than noon on June 14, 2006

❏ **TRIAL STATUS**
   Probable trial - Trial time - 2 days

❏ **REMARKS:**