### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CASE NO: 2:06-cr-016-A |
| | ) | |
| **MITCHELL GILES** | ) | |

### NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Everett M. Urech, and enters his appearance as counsel for **MITCHELL GILES** in the above-styled matter.

Dated this 8th day of June 2006.

                Respectfully submitted,

                <u>s/Everett M. Urech</u>
                **EVERETT M. URECH**
                **AL BAR NO.: ASB-6693-E44E**
                Attorney for Defendant
                Urech & Livaudais, P.C.
                P.O. Drawer 70
                510 N. Daleville Ave
                Daleville, AL 36322
                TEL: (334) 598-4455
                FAX: (334) 598-2076
                E-Mail: daleatty@snowhill.com

## CERTIFICATE OF SERVICE

      I hereby certify that on June 8, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: K. David Cooke, Jr., Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

                                               <u>s/Everett M. Urech</u>
                                               **EVERETT M. URECH**