**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CASE NO: 2:06-cr-016-A** |
| | ) | |
| **MITCHELL GILES** | ) | |

**MOTION TO CONTINUE**

**COMES NOW** the undersigned counsel, Everett M. Urech, and asks the court to continue this case which is set for trial on June 26, 2006.  Counsel has just entered his appearance and needs time to prepare to trial.  Counsel also has two cases set for trial in Alabama state court for that date.

Dated this 8th day of June 2006.

Respectfully submitted,

s/Everett M. Urech
**EVERETT M. URECH**
**AL BAR NO.: ASB-6693-E44E**
Attorney for Defendant
Urech & Livaudais, P.C.
P.O. Drawer 70
510 N. Daleville Ave
Daleville, AL 36322
TEL: (334) 598-4455
FAX: (334) 598-2076
E-Mail: daleatty@snowhill.com

## CERTIFICATE OF SERVICE

      I hereby certify that on June 8, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: K. David Cooke, Jr., Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

                                    **s/Everett M. Urech**
                                    **EVERETT M. URECH**