**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.    ) | CASE NO: 2:06-cr-016-A |
| ) | |
| MITCHELL GILES ) | |

**MOTION TO WITHDRAW AS COUNSEL,
AND FOR APPOINTMENT OF CJA PANEL ATTORNEY,
AND FOR CONTINUANCE OF TRIAL DATE**

**NOW COMES** the undersigned counsel, and respectfully moves this Court to permit the withdrawal of undersigned counsel, to appoint CJA Panel Attorney to represent the defendant Mitchell Giles, and to continue the trial date of this matter, due to conflict between the interests of this client and another client of the office of undersigned counsel.

In support of this Motion, defendant would show:

1.     This indictment was filed on January 20, 2006 and charges Mr. Giles with the crime of making a false statement before a grand jury or a court, in violation of 18 U.S.C. § 1623.

2.     The indictment asserts that testimony given by Mr. Giles before the Grand Jury on August 3, 2005 and testimony given by Mr. Giles as a witness before the Court in the matter of United States v. Tyrone White, Case No. 3:05-CR-234-WHA-DRB, on November 30, 2005 were each a "material declaration which was inconsistent with a prior material declaration" and that "such material declarations [were] inconsistent to the degree that one

of them is necessarily false" and both were "irreconcilably contradictory."

3. Each of the cited testimony relates to whether or not Mr. Giles paid $300 to Tyrone White to gain his assistance in helping Mr. Giles out of pending criminal charges in Auburn, while Mr. White was serving as a police officer in Auburn. The indictment does not assert which of the two statements is alleged to be false and which to be true.

4. Mr. Giles' cousin, Jerry Stinson, also was called as a witness at the November 30, 2005 hearing and, like Mr. Giles, was indicted for perjury on January 20, 2006, in Case No. 2:06-CR-15, based on similar allegations.

5. The case against Tyrone White is now set for trial on or about October 24, 2006. The cases against Mr. Giles and Mr. Stinson are each presently set on the June 26, 2006 trial docket.

6. The Federal Defender's Office was appointed to represent Mr. Giles on the present indictment and undersigned counsel filed a Notice of Appearance in this case on or about February 2, 2006.

7. Undersigned counsel has since discovered that a conflict exists between the interests of Mr. Giles and the interests of another client that requires counsel to withdraw from further representation of Mr. Giles.

8. The specific conflict relates to representation by undersigned counsel's office on behalf of Monkevin Cobb, in pending Case No. 3:05-CR-93-MHT-SRW. It is anticipated that Mr. Cobb will be testifying as a witness in Case No. 3:05-CR-234-WHA-DRB, and thus

may be taking positions contradictory to those appropriate to be asserted in the defense of Mr. Giles.

9. On behalf of Mr. Giles, undersigned counsel requests that CJA panel attorney Everett Urech be appointed to represent Mr. Giles in all further proceedings in this case. Mr. Urech has agreed to accept this appointment, if ordered by the Court.

10. Further, undersigned counsel requests that this matter be continued from the June 26, 2006 trial docket, so that Mr. Urech may have sufficient time to prepare for his representation of Mr. Giles.

**WHEREFORE**, undersigned counsel prays that the office of the Federal Defender be permitted to withdraw from the representation of Mr. Giles and that Everett Urech be appointed to represent him.

Dated this 8th day of June 2006.

<u>s/Christine A. Freeman</u>
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Mitchell Giles
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>R. David Cooke, Esquire
>Assistant United States Attorney
>One Court Square, Suite 201
>Montgomery, Alabama 36104

>**s/Christine A. Freeman**
>**CHRISTINE A. FREEMAN**
>**TN BAR NO.: 11892**
>Attorney for Mitchell Giles
>Federal Defenders
>Middle District of Alabama
>201 Monroe Street, Suite 407
>Montgomery, AL 36104
>TEL: (334) 834-2099