IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 2:06cr016-WHA |
| MITCHELL GILES ) | |

### ORDER

This case is before the court on the Defendant's Motion to Continue (Doc. #18), filed on June 8, 2006. For the reason that defense counsel has recently entered an appearance in this case and is in need of additional time to prepare a defense, the ends of justice to be served by granting a continuance outweigh the rights of the Defendant and the public to a speedy trial. The Defendant has signed a Waiver of Speedy Trial. Therefore, it is hereby ORDERED as follows:

1. The Motion to Continue is GRANTED.

2. The trial of this case, presently scheduled for the term commencing June 26, 2006, is CONTINUED to the term of court commencing October 24, 2006.

DONE this 19th day of June, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE