IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:06-cr-016-A |
| | ) | |
| MITCHELL GILES | ) | |

**MOTION TO WITHDRAW AS COUNSEL,
AND FOR APPOINTMENT OF CJA PANEL ATTORNEY,
AND FOR CONTINUANCE OF TRIAL DATE**

**NOW COMES** the undersigned counsel, and respectfully moves this Court to permit the withdrawal of undersigned counsel, to appoint CJA Panel Attorney to represent the defendant Mitchell Giles, and to continue the trial date of this matter, due to conflict between the interests of this client and another client of the office of undersigned counsel.

In support of this Motion, defendant would show:

1. This indictment was filed on January 20, 2006 and charges Mr. Giles with the crime of making a false statement before a grand jury or a court, in violation of 18 U.S.C. § 1623.

2. The indictment asserts that testimony given by Mr. Giles before the Grand Jury on August 3, 2005 and testimony given by Mr. Giles as a witness before the Court in the matter of United States v. Tyrone White, Case No. 3:05-CR-234-WHA-DRB, on November 30, 2005 were each a "material declaration which was inconsistent with a prior material declaration" and that "such material declarations [were] inconsistent to the degree that one

1

**MOTION GRANTED**

SO ORDERED
THIS ___ DAY OF _____, 20__

_____
UNITED STATES DISTRICT JUDGE