IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06cr16-WHA |
| | ) | |
| MITCHELL GILES | ) | |

## **ORDER**

Based upon this court's order setting the trial in the above-styled case for October 24, 2006, and for good cause, it is

ORDERED that a pretrial conference be and hereby is scheduled for 3:00 p.m. on September 25, 2006 in Courtroom 5B, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this 21st day of June, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE