**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.    ) | **CASE NO: 2:06-cr-016-A** |
| ) | |
| **MITCHELL GILES** ) | |

**MOTION TO CHANGE CONDITIONS OF RELEASE**

**COMES NOW** the undersigned counsel, Everett M. Urech, and moves that the court change its initial conditions upon release for the Mr. Mitchell Giles. Mr. Giles has been subject to an ankle monitoring device. He desires to be released from said device. He submits that he is not a flight risk, has attended his court hearing, and has been free of trouble with the law. He submits that the ankle tracking bracelet is an irritant that is bothersome to him and that it is not necessary to assure his appearance in court or to enforce his conditions upon release.

Government counsel opposes this motion.

Dated this 22nd day of June 2006.

    Respectfully submitted,

    s/Everett M. Urech

    EVERETT M. URECH
    AL BAR NO.: ASB-6693-E44E
    Attorney for Defendant
    Urech & Livaudais, P.C.
    P.O. Drawer 70
    510 N. Daleville Ave
    Daleville, AL 36322
    TEL: (334) 598-4455  FAX: (334) 598-2076
    E-Mail: daleatty@snowhill.com

## CERTIFICATE OF SERVICE

      I hereby certify that on June 22, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: K. David Cooke, Jr., Assistant United States Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

                                            s/Everett M. Urech

                                            EVERETT M. URECH