IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO: 2:06-cr-016-WHA |
| | ) | |
| MITCHELL GILES | ) | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION TO CHANGE CONDITIONS OF RELEASE**

**COMES NOW** the Government, by and through undersigned counsel, and hereby makes its response to the *Defendant's Motion to Change Conditions of Release*:

1.

The Defendant had his initial appearance before this court on January 26, 2006.

2.

At that time, the Government chose not to seek detention, but instead followed the recommendation of the United States Probation Office.

3.

The United States Probation Office recommended that an ankle monitor was necessary to ensure that the Defendant follow the terms or his pretrial release, attend court as required, and not violate any local, state, or federal laws.

4.

This recommendation was based on the Defendant's previous arrests and convictions that demonstrate his refusal to follow previous conditions he was under, including: 1) Violation of Court Order conviction 1995; 2) Attempting to Elude Police/Driving with Suspended License

convictions (under appeal) 1993; 3) Driving While License Suspended conviction, 2003; 4) Domestic Violence 3rd, pending, 2003; 5) Domestic Violence 3rd, pending 2005; 6) Violation of Protective Order, 2005, conviction; 7) Criminal Trespass conviction, 2005; 8) Harassing Communications conviction, 2004; 9) Violation of Court Order arrest (disposition unknown) 2003; 10) Harassing Communications arrest (disposition unknown) 1994; 11) DUI conviction, 1999.

5.

The instant case also involves the failure to comply with the order of a court (willfully testifying falsely before a court or grand jury).

6.

The Defendant testified on November 30, 2005, that he lied to a federal grand jury so that he could avoid going to jail for an offense he previously committed. The Defendant's explanation of why he committed the instant offense does not rise to the level of duress, and will not be admissible in the trial before Judge Albritton this October. In other words, the defendant has admitted in court that he committed the crime, but he will not have an available *admissible* defense at trial. The strength of the government's case could give the defendant motive to flee in light of his lack of available defenses at trial, and his stated motivation (not wanting to go to jail) for violating the law in the instant case. Furthermore, the Government is trying Jerry Stinson in a related case for the same offense under identical circumstances the week of June 26, 2006. The Defendant will know the outcome of Mr. Stinson's trial long before the Defendant's court date.

7.

Based on the forgoing, the Government is opposed to any modification of terms of pretrial release.

Respectfully submitted this 23rd day of June, 2006.

                LEURA G. CANARY
                UNITED STATES ATTORNEY

                /s/ K. David Cooke, Jr.
                K. DAVID COOKE, JR.
                Assistant United States Attorney
                One Court Square, Suite 201
                Montgomery, AL 36104
                Phone: (334) 223-7280
                Fax: (334) 223-7135
                E-mail: david.cooke@usdoj.gov

Case 2:06-cr-00016-WHA-SRW   Document 24   Filed 06/23/2006   Page 3 of 4

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO: 2:06-cr-016-WHA |
| ) | |
| MITCHELL GILES ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2006, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following: Everett M. Urech, Esq.

           Respectfully submitted,

           /s/ K. David Cooke, Jr.
           K. DAVID COOKE, JR.
           Assistant United States Attorney
           One Court Square, Suite 201
           Montgomery, AL 36104
           Phone: (334) 223-7280
           Fax: (334) 223-7135
           E-mail: david.cooke@usdoj.gov