# United States District Court

for

# Middle District of Alabama

**RECEIVED**

2006 JUN 27 A 11: 05

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

### Petition for Warrant/Summons and Report for Defendant Under Pretrial Release Supervision

Name of Defendant: Mitchell Giles

Case Number: 2:06cr016-A

Name of Releasing Judicial Officer: The Honorable Susan Russ Walker, U.S. Magistrate Judge

Date of Release: January 26, 2006

Original Offense: False Declarations Before Grand Jury or Court

Type of Release: $25,000 Unsecured Appearance Bond

Conditions of Release: Report to pretrial services as directed; Maintain or actively seek employment; Electronic Monitoring; No firearms; Drug testing and/or treatment; Refrain from excessive use of alcohol, Report any law enforcement contact, Refrain from possession of any type of drug paraphernalia, Refrain from any use or unlawful possession of a narcotic drug.

Assistant U.S. Attorney: David Cooke                    Defense Attorney: Everett M. Urech

## PETITIONING THE COURT

[X]   To issue a warrant
[ ]   To issue a summons

The probation officer believes that the defendant has violated the following condition(s) of release:

| Violation Number | Nature of Noncompliance |
|---|---|
| Viol, 1- "The offender shall participate in the home confinement program as directed by the probation officer." | On June 26, 2006, the offender left his residence without permission. When confronted about these violations, Giles initially denied leaving out of range, however, he later admitted to leaving without permission. |

<u>Supervision history of defendant and actions taken by officer:</u>  Barring the instant violation, this officer has reprimanded Giles previously for electronic monitoring violations.

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be:
[X]   revoked.
[ ]   No action.
[ ]   The conditions of supervision should be modified as follows:

I declare under the penalty that the forgoing is true and correct.

Respectfully submitted,
by *[signature]*

Willie Bernard Ross, Jr.
Senior U.S. Probation Officer
Date: June 26, 2006

Reviewed and approved: *[signature]*
Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*[signature]*
Signature of Judicial Officer

6/27/06
Date