MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION

HON. SUSAN RUSS WALKER, MAG JUDGE        AT MONTGOMERY, ALABAMA

DATE COMMENCED:    JUNE 30, 2006            9:10 a.m.
DATE COMPLETED:    JUNE 30, 2006            9:44 a.m.

UNITED STATES OF AMERICA        *
vs                              *        2:06cr16-WHA
MITCHELL GILES                  *

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| David Cooke | * | Everett Urech |

COURT OFFICIALS PRESENT:

Joyce Taylor, Courtroom Deputy
Bernard Ross, USPO

PROCEEDINGS:

DEFENDANT'S PETITION TO MODIFY CONDITIONS OF PRETRIAL RELEASE
PETITION TO REVOKE BOND

| | |
|---|---|
| 9:10 a.m. | Court convenes.<br>Court's statements regarding issues set out in the motions before the court.<br>Defendant states he understands the issues. |
| 9:12 a.m. | Government's direct examination. (Ross) |
| 9:20 a.m. | Mr. Urech's cross examination. (Ross) |
| 9:25 a.m. | Government rests. |
| 9:26 a.m. | Mr. Urech's direct examination. (Giles) |
| 9:33 a.m. | Government's cross examination. (Giles) |
| 9:34 a.m. | Defendant rests.<br>Government's oral arguments. |
| 9:35 a.m. | Mr. Urech's oral arguments. |
| 9:36 a.m. | Court's statements to defendant.<br>Court does find violation of pretrial release but will not revoke pretrial release at this time.  Court's further statements to defendant regarding violations. |
| 9:38 a.m. | Mr. Ross' statements to defendant as to what is expected of him under pretrial release conditions, what the conditions consist of and what he needs to do under electronic monitoring. |

<u>CONTINUATION OF PROCEEDINGS:</u>

| | |
|---|---|
| 9:42 a.m. | Court's questions to Mr. Ross regarding how electronic monitoring works and leave request requirements |
| 9:44 a.m. | Court recessed. |