IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA         *
                                 *
VS.                              *        2:06cr16-WHA
                                 *
MITCHELL GILES                   *

## WITNESS LIST

| GOVERNMENT | DEFENDANT |
|---|---|
| 1. Bernard Ross | 2. Mitchell Giles |