IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr016-WHA |
| | ) | WO |
| MITCHELL GILES | ) | |

**ORDER ON MOTION**

Before the court is defendant's motion to change conditions of release (Doc. # 23), filed June 22, 2006, and petition to revoke bond (Doc. # 25), filed June 27, 2006. For good cause, it is

ORDERED that the motion be and hereby is DENIED pursuant to the hearing held on June 30, 2006. Further, although the court finds that defendant violated the conditions of his pretrial release, the petition to revoke bond is DENIED. Defendant shall remain on and shall comply with the same conditions of release set out in the court's order (Doc. # 6), entered January 26, 2006.

DONE, this 30th day of June, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE