# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.     ) | **CASE NO: 2:06-cr-016-A** |
| ) | |
| **MITCHELL GILES** ) | |

## Notice of Intent to Change Plea

**COMES NOW** the Defendant, through his counsel of record, and gives notice of his intent to change his plea to one of guilty and his desire to enter such plea before U.S. Magistrate Judge instead of a U.S. District Court Judge.

Respectfully submitted,

s/ Everett M. Urech

EVERETT M. URECH (ASB 6693-E44E)
URECH & LIVAUDAIS, P.C.
Attorney for Defendant
Post Office Drawer 70
Daleville, Alabama  36322
(334) 598-4455 / 598-2076 fax
daleatty@snowhill.com

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have this date delivered a copy of the foregoing to the United States Attorney, Middle District of Alabama, Criminal Division by electronic filing on the 30th day of June, 2006.

s/ Everett M. Urech

Of Counsel