# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

W. HAROLD ALBRITTON, SENIOR U. S. DISTRICT JUDGE, PRESIDING, AT MONTGOMERY, AL

| | | | |
|---|---|---|---|
| DATE COMMENCED: | September 27, 2006 | AT: | 10:16 a.m. |
| DATE COMPLETED: | September 27, 2006 | AT: | 11:08 a.m. |

UNITED STATES OF AMERICA            )
                                    )
vs.                                 )    CR. No. 2:06cr016-WHA
                                    )
MITCHELL GILES                      )

---

APPEARANCES:

| GOVERNMENT | DEFENDANT |
|---|---|
| David Cooke | Everett Urech |

---

COURT OFFICIALS PRESENT

| | |
|---|---|
| Risa Entrekin, Court Reporter | Terrence Marshall, USPO |
| Elna Behrman, Courtroom Deputy | Lisa Harden, Law Clerk |

COURTROOM PROCEEDINGS

**(X)    SENTENCING HEARING**

Hearing commences.
Parties have reviewed the presentence report and have no objections.
The court adopts the factual statements contained in the presentence report.
Defendant presents testimony in support of Motion for Downward Departure.
Mr. Urech calls the Defendant to the witness stand.
Government advises the Defendant concerning perjuring himself on the stand under oath.
Defendant is sworn.
Defendant's counsel objects to Government's warning of possible perjury as intimidating the Defendant.
Court overrules the objection.
Defendant requests that the Rule be invoked because of possible witnesses in the courtroom.
Court advises the Defendant that the Rule is not applicable in a sentencing hearing.
Defendant presents testimony.
Government presents testimony in opposition to motion.
Defendant argues motion.
Government argues motion.
After explanation, the court orally DENIES the Defendant's Motion for Downward Departure (Doc. #37).
Mr. Urech speaks on Defendant's behalf and requests sentencing at low end of the guidelines.
Defendant addresses the court.
Sentence is stated.
No objection to statement of sentence but Defendant objects, for the record, to the denial of the Motion
        for Downward Departure.

Court overrules the objection.

Sentence is ORDERED imposed as stated.

Defendant waives his right to appeal.

Defendant is allowed to remain on bond under the same terms and conditions imposed by the Magistrate Judge on January 26, 2006, until he self-surrenders on November 17, 2006.

Defendant is DIRECTED to see the probation officer before leaving.