IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) Cr. No. 2:06cr016-WHA |
| MITCHELL GILES | ) |

## WITNESS LIST

| GOVERNMENT | DEFENDANT |
|---|---|
| Jerry Holder | Mitchell Giles |