Case 2:06-cr-00016-WHA-SRW   Document 41   Filed 0S/_9/2006   Page 2 of 6

AO 245B (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

| | |
|---|---|
| DEFENDANT: MITCHELL GILES | Judgment — Page 2 of 6 |
| CASE NUMBER: 2:06cr016-WHA | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**24 months.**

X  The court makes the following recommendations to the Bureau of Prisons:

The court recommends that the Defendant be designated to a facility where drug counseling and anger management counseling are available.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____

☐ as notified by the United States Marshal.

X  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

X  before 2 p.m. on   November 17, 2006

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

**RETURNED AND FILED**

**JAN 1 2 07**

**CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.**

Defendant delivered on  13 December, 2006  to  FCI TDG

at  Talladega, AL  , with a certified copy of this judgment.

D.B. Drew, Warden
~~UNITED STATES MARSHAL~~

By  S. Stokes, LIE
~~DEPUTY UNITED STATES MARSHAL~~